

**EX-FACTORY INC.**
PHONE (704) 841-2001
1805 SARDIS ROAD NORTH
CHARLOTTE, NC 28270

Wells Fargo Bank, N.A.
North Carolina
Wellsfargo.com

66-21/530

CAPITAL MANAGEMENT ACCOUNT

| Check Date | Check No. | Check Amount |
|---|---|---|
| 10/24/2017 | 65078 | $37,337.50 |

Pay to the order of   Thirty Seven Thousand Three Hundred Thirty Seven Dollars and 50 Cents

RATTET PLLC
202 MAMARONECK AVE
SUITE 300
WHITE PLAINES NY 10601

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈065078⑈ ⑆053000219⑆ 20000108848031⑈

| Check Date | Check Number | Payee | | | Check Amount |
|---|---|---|---|---|---|
| 10/24/2017 | 65078 | RATTET PLLC | | | |
| 10/23/2017 | A170427C.2   HIGH BID LESS SELLER'S FEE | | $33,553.80 | $33,553.80 | $33,553.80 |
| 10/23/2017 | A170427T.2   TAXES | | $3,783.70 | $3,783.70 | $3,783.70 |

X-FACTORY INC. • CHARLOTTE, NC 28270

SIRIUS GT INC.

$37,337.50   $37,337.50   $37,337.50

*To Be Deposited into Veneer/Rini Sub-Escrow Account #1502723606*



EX-FACTORY INC.
1805 Sardis Road North
Charlotte, NC 28270 USA
Tel:    800-374-5009
Intl: +1 704-841-2001
Fax: +1 704-841-1200
www.exfactory.com

## Rimi Woodcraft Corporation

10/24/2017

| Customer Name | State | Invoice # | High Bid | 8.75% Tax |
|---|---|---|---:|---:|
| Bauza Construction | IL | A170418 | $ 191.00 | $ 21.41 |
| Hugo Garcia | NY | A170419 | $ 170.00 | $ 17.11 |
| Broward Captial Holdings CANCELLED | FL | A170420 | $ - | $ - |
| El Paso Wood Products | TX | A170421 | $ 200.00 | $ 22.31 |
| Chesapeake Woodworks Sales | DE | A170422 | $ 255.00 | $ 47.97 |
| McGoldrick Development | NY | A170423 | $ 325.00 | $ 34.89 |
| Fenner Builders | MA | A170424 | $ 160.00 | $ 18.29 |
| Santiago Salgado | NY | A170425 | $ 9,902.00 | $ 1,030.51 |
| Nordic Interior Inc CANCELLED | NY | A170426 | $ - | $ - |
| Soleil - TAX EXEMPT | NY | A170427 | $ 1,480.00 | $ - |
| Martin Custom Cabinets | PA | A170428 | $ 260.00 | $ 30.54 |
| Soho Furniture Services | NY | A170428A | $ 100.00 | $ 10.06 |
| Michael Tarraksy | MA | A170430 | $ 205.00 | $ 26.75 |
| Vincent Walch | IL | A170431 | $ 11,702.00 | $ 1,237.45 |
| Aaron Bloom | NY | A170432 | $ 5,129.00 | $ 536.67 |
| Black Widow Ent LLC CANCELLED | FL | A170434 | $ - | $ - |
| Radhany | NY | A170435 | $ 170.00 | $ 22.79 |
| Asa Clark | NY | A170436 | $ 2,923.00 | $ 296.31 |
| MDZ LLC CANCELLED | NJ | A170437 | $ - | $ - |
| Harold Miller | TN | A170438 | $ 460.00 | $ 48.48 |
| Joe Roth | NJ | A170440 | $ 200.00 | $ 22.31 |
| La Choob Floors - CANCELLED | CA | A170441 | $ - | $ - |
| Veneer Services Unlimited | ME | A170443 | $ 3,450.00 | $ 359.84 |
| | | | $ 37,282.00 | $ 3,783.70 |
| | | 10% | $ (3,728.20) | |
| | | To Seller | $ 33,553.80 | $ 3,783.70 |

Sales - Liquidations - Auctions - Appraisals - Consulting
Used & New Machinery for the Woodworking, Stone, Glass, Plastic, and Metalworking Industries

Warehouse & Showroom: 8191 Logistic Drive, Ste. E | Zeeland, MI 49464 | Tel: +1 616-772-1520 | Fax: +1 616-772-1690