**RATTET PLLC**                                          HEARING DATE: 2/16/2018
Attorneys for the Debtor                                 HEARING TIME: 10:00 a.m.
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 381-7400
Robert L. Rattet

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
Veneer Products Ltd.,                                  :    Case No.:  17-22759 (RDD)
                                                       :
                    Debtor.                            :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
Rimi Woodcraft Corp.,                                  :    Case No.:  17-20002 (RDD)
                                                       :
                    Debtor.                            :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
Rimi Corporate Facilities Refurbishing.,               :    Case No.:  17-20001 (RDD)
                                                       :
                    Debtor.                            :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING TO CONSIDER FINAL
APPLICATIONS FOR ALLOWANCE OF PROFESSIONAL
COMPENSATION, REIMBURSEMENT OF EXPENSES
AND CARVEOUT FROM PROCEEDS SUBJECT TO
<u>SECURITY INTERESTS</u>**

**PLEASE TAKE NOTICE**, that upon the applications of the professionals listed below rendering services with respect to the above captioned Chapter 11 case ("Applicants"), a hearing shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601, on the February 16, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, to consider the applications pursuant to, inter alia, §§503(b) and 330 of the Bankruptcy Code  (the "Applications") of the following professionals retained herein:

| Applicant & Nature of Representation | Compensation Requested | Unreimbursed Expenses | Period of Request |
|---|---|---|---|
| Rattet PLLC[1] <br> *Attorneys for the Debtor* | $110,314.43 less $50,000 received prepetition, for a net figure of $60,314.43 | $6677.60 less $5,000 received prepetition for $1,677.60 | 5/1/2017 – 11/30/2017 |
| Carl D. Preiser P.C., CPA <br> *Accountants for the Debtor* | $130,285.50 Against the fees and expenses sought, $45,000.00 was received by pre-petition retainer, for a net figure of $94,285.50 | $-0- | 5/1/2017 – 11/30/2017 |

**PLEASE TAKE FURTHER NOTICE**, that the Applications will be filed with the Clerk of the Bankruptcy Court on or about January 19, 2018 at the address stated above and may

---

[1] The fees and expenses sought herein are only through March 15, 2012, and the professionals anticipate additional fees and expenses will be incurred in the period leading up to the April 13, 2012 confirmation hearing.

be examined on the Court's website www.nysb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon written request.

PLEASE TAKE FURTHER NOTICE that Applicants will seek recovery from proceeds of property of the Estates sold at auction (the "Auction Proceeds") securing the claim of the IRS and any other creditors claiming a security interest in said Auction Proceeds the sum of $25,000.00 for Rattet PLLC and $25,000 for Carl D. Preiser CPA, P.C. pursuant to 11 U.S.C. §506(c)(3) for the costs and expenses of preserving and disposing of said property prior to and subsequent to its sale.

PLEASE TAKE FURTHER NOTICE, that objections to the Applications, if any, shall be made in writing, filed with the United States Bankruptcy Court, with a copy delivered directly to the Chambers of Hon. Robert D. Drain and served upon (a) Rattet PLLC, 202 Mamaroneck Avenue, Suite 300, White Plains, New York 10601, Attn: Robert L. Rattet, Esq., so as to be received no later than February 9, 2018.

Dated:  White Plains, New York
　　　　December 22, 2017

　　　　　　　　　　　　　RATTET PLLC
　　　　　　　　　　　　　Attorneys for the Debtor
　　　　　　　　　　　　　202 Mamaroneck Avenue
　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　(914) 381-7400

　　　　　　　　　　　　　By: */s/ Robert L. Rattet*　　　　　　　　
　　　　　　　　　　　　　　　Robert L. Rattet

3