**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Veneer Products LTD | CASE NO.: 17–22759–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–3219667 | CHAPTER: 11 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 11 case.

Veneer Products LTD was dismissed from the case on October 4, 2018 .

Dated: October 4, 2018                                      Vito Genna
                                                            Clerk of the Court